69 P.3d 38

STATE of Arizona

v.

Bryan Lamar BOOKER

No. 2 CA–CR 2000–0517.

Court of Appeals of Arizona,
Division Two, Department A.

May 20, 2003.

## ORDER

On April 23, 2003, the Arizona Supreme Court depublished this court's Opinion which decides this appeal. Accordingly, our written disposition of this appeal is redesignated a Memorandum Decision as provided by Ariz. R. Civ.App. P. 28, 17B A.R.S.